1  Matthew F. Holmberg
   Attorney at Law: 321167
2  12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel: (562)437-7006
4  Fax: (562)432-2935
   E-Mail: rohlfing.office@rohlfinglaw.com
5  Attorneys for Plaintiff
   PATRICIA DUNTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| PATRICIA DUNTON | ) Case No.: 2:19-cv-00927-AC |
|---|---|
| Plaintiff, | ) STIPULATION TO EXTEND TIME |
| v. | ) TO FILE MOTION FOR SUMMARY |
| | ) JUDGMENT AND/OR REMAND |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) (FIRST REQUEST) |
| | ) |
| Defendant. | ) |

Plaintiff Patricia Dunton and Defendant Andrew Saul, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 30 days from October 14, 2019 to November 13, 2019 for Plaintiff to file a motion for summary judgment and/or remand, with all other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first

///

///

-1-

request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.  Plaintiff's counsel has another motion due October 11, 2019, and has to unexpectedly travel out of town this weekend so counsel cannot complete the motion in this matter by October 14, 2019.  Plaintiff's counsel's calendar is full with hearings, motions, and Appeals Council briefs until November 13, 2019.

DATE: October 10, 2019　　　Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Matthew F. Holmberg*

BY: _____
Matthew F. Holmberg
Attorney for plaintiff Ms. Patricia Dunton

DATE:  October 10, 2019

MCGREGOR W. SCOTT
United States Attorney

/s/ *Patrick W. Snyder*

BY: _____
Patrick W. Snyder
Special Assistant United States Attorney
Attorneys for defendant Andrew Saul
Commissioner of Social Security
|*authorized by e-mail|

IT IS SO ORDERED.

DATE:  October 10, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE