1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  PATRICK SNYDER,
5  Special Assistant United States Attorney
6         160 Spear Street, Suite 800
          San Francisco, California 94105
7         Telephone: (415) 977-8927
8         Facsimile: (415) 744-0134
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DUNTON,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-00927-AC<br><br>**~~PROPOSED~~ ORDER AND<br>STIPULATION TO EXTEND TIME** |

Parties hereby file this Stipulation for an extension of 30 days for Defendant to respond to Plaintiff's Motion for Summary Judgement, making the Defendant's response due to be filed on January 13, 2020, with all other deadlines extended according to the case management order.  This is Defendant's first extension request.

Defendant requests this extension in order to further communicate with his client about issues raised in Plaintiff's Motion.

Defendant apologizes for filing this extension on the date that this motion is due. Defendant has an unusually high workload and since October 23, 2019, Defendant has resolved the merits of eleven district court matters, reviewed dozens

-1-

of cases for other attorneys, and had considerable emergency assignments as lead in the office's Privacy and Disclosure practice. The undersigned will take care in the future to try to file extension requests earlier and apologizes to the Court and parties for any inconvenience in this case.

Respectfully submitted,

Dated: December 13, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY: */s/ Patrick Snyder*
PATRICK SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: December 13, 2019

BY: */s/ Matthew Holmberg*
MATTHEW HOLMBERG (as authorized by email on 12/13/19)
Attorneys for Plaintiff

## **ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.

DATE: December 13, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE