1  McGREGOR W. SCOTT
United States Attorney
2  DEBORAH STACHEL
3  Regional Chief Counsel, Region IX
Social Security Administration
4  PATRICK SNYDER,
5  Special Assistant United States Attorney
6      160 Spear Street, Suite 800
       San Francisco, California 94105
7      Telephone: (415) 977-8927
8      Facsimile: (415) 744-0134
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PATRICIA DUNTON,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

No. 2:19-cv-00927-AC

**STIPULATION TO REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR**

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, the opinion of Andrew Burt, M.D., regarding Plaintiff's ability to use her hands. To the extent necessary, the Appeals Council will instruct the ALJ to further evaluate Plaintiff's testimony regarding her hands. The Appeals Council will instruct the ALJ to take

further action, as warranted, to complete the administrative record and resolve the above issues.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: January 9, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

BY: */s/ Patrick Snyder*
PATRICK SNYDER
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: January 10, 2020

BY: */s/ Matthew Holmberg*
MATTHEW HOLMBERG
Attorneys for Plaintiff

(as authorized by email on 1.10.20)

## ORDER

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.

DATE: January 13. 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE