Matthew F. Holmberg
Attorney at Law: 321167
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Patricia Dunton

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA DUNTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-00927-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Patricia Dunton be awarded attorney fees in the amount of two thousand eight hundred eighty-five dollars and sixty cents ($2,885.60) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Patricia Dunton, the government will consider the matter of Patricia Dunton's assignment of EAJA fees to Matthew F. Holmberg. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Patricia Dunton, but if the Department of the Treasury determines that Patricia Dunton does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Patricia Dunton.[1] Any payments made shall be delivered to Matthew F. Holmberg.

This stipulation constitutes a compromise settlement of Patricia Dunton's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Patricia Dunton and/or Matthew F. Holmberg including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Matthew F. Holmberg and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

DATE: March 3, 2020          Respectfully submitted,

                             LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Matthew F. Holmberg*
                             BY:_____
                             Matthew F. Holmberg
                             Attorney for plaintiff Patricia Dunton

DATED: March 3, 2020         McGREGOR W. SCOTT
                             United States Attorney


                                    /s/ *Patrick W. Snyder*
                             _____
                             PATRICK W. SNYDER
                             Special Assistant United States Attorney
                             Attorneys for Defendant
                             ANDREW SAUL, Commissioner of Social
                             Security (Per e-mail authorization)

## ORDER

    Approved and so ordered:

DATE: March 4, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE